KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

WAYNE A. MYERS
JONATHAN D. SLACK
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Wayne.Myers@usdoj.gov
       Jonathan.Slack@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 16, 2025 2:00 PM
Lucy H.Carrillo, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RUMALDO VALDEZ, <br><br> Defendant. | Case No. CR25-00112-JAO <br><br> INFORMATION <br><br> [18 U.S.C. §§ 2252A(a)(5)(A) and 2252A(b)(2)] |

INFORMATION

The Acting United States Attorney charges:

Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(A) and 2252A(b)(2))

On or about May 31, 2024, within the District of Hawaii, RUMALDO VALDEZ, the defendant, did knowingly possess material, namely a SanDisk portable solid state drive bearing serial number 2204GH400339, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving at least one image of a prepubescent minor and a minor who had not attained twelve years of age, within the special maritime and territorial jurisdiction of the United States, and on any land and building owned by, leased to, and otherwise used by and under the control of the United States Government.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and 2252A(b)(2).

Forfeiture Notice

1. The allegations set forth in this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 2253.

2. The United States hereby gives notice to RUMALDO VALDEZ, the defendant, that upon conviction of the offense charged in this Information, the United States will seek forfeiture, in accordance with Title 18, United States Code, Section

2253(a)(3), of any property, real and personal, used and intended to be used to commit and promote the commission of the offense and any property traceable to such property. The property subject to forfeiture includes, but is not limited to, the following: the SanDisk portable solid state drive bearing serial number 2204GH400339.

    3.    If by any act or omissions of the defendant, any of the property subject to forfeiture described in paragraph 2 of this notice:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2 of this notice, pursuant to Title 21,

///

///

///

///

///

United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

DATED: October 16, 2025, at Honolulu, Hawaii.

*Kim Sorenson*
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

*[signature]*
WAYNE A. MYERS
JONATHAN D. SLACK
Assistant U.S. Attorneys

United States v. Rumaldo Valdez
Information
Case No. CR25-**00112-JAO**