# EXHIBIT A#

Dear,

Judge Jill A. Otake

My name is Tanya Arce and I am the mother of Rumaldo Valdez lll. Thank you for taking the time to read my letter.

 Rumaldo was a happy, helpful & outgoing child. He was always so helpful growing up. Always willing to help with projects, help family members clean, do yard work, or fix things, help neighbors & he would also help me attend to his brother and was such a sweet boy. He would also help out with my Grandpa who was getting older. Any task he would face head on and was always willing to help.

 In school Rumaldo received good grades. His dad and I were a bit strict on enforcing how important school and grades were so he would always try his best. His teachers would always tell us how bright he was and would challenge him so he did not get bored in class. He made friends very easily and would always watch out for them. I love that about him.

Unfortunately when my son was 11 his father and I divorced. I tried my best to keep things normal for him and his brother but I know at his age it was a lot to deal with. He knew I was struggling & no matter what he felt he would always find ways to make me smile. He cares so deeply about his family. The boys and I stayed in our family home as I was the one mostly taking care of them. Rumaldo had minimal involvement with his dad due to the disastrous journey of our divorce. I took Rumaldo to counseling because as a person who had dealt with divorced parents, I know the pain and the lost feeling one may have. He went for a while but his dad wasn't supportive of counseling so it ended. Rumaldo continued to do well in school & we had numerous talks about life because I never wanted him to feel at fault as a child may in this situation. He would see his dad every now and then.

When Rumaldo started high school he played soccer with the school team as well as with a outside club. Entering his sophomore year my son and I had some disagreements on behavior and whom he would hang out with. At 15 Rumaldo decided he wanted to go live with his dad. I wasn't happy about it but I wanted to do what I felt was fair to him at that time. I think he was looking for guidance from his dad. Wanting a bond with him. We didn't have a great relationship after he moved out. I had rules & I don't feel his dad did. Shortly after he moved in with his dad my son cut me & my family off. We didn't speak at all but I tried so much to contact him. I feel like he was struggling emotionally from what I can piece together. I would get minimal updates from his dad. He started back at a regular high school but had a lack of motivation & ended up getting his GED. I feel living with his dad there was a lack of guidance. At a time he needed adult judgment, there was none. I feel he was lost in life & I regret letting him leave home.

Rumaldo was unsure exactly what he wanted to do after high school and I think he was struggling to form his identity. He took the initiative and decided to join the Navy which I felt was the right decision for him & it would be a task for him to be proud of himself. A mother couldn't be prouder, scared, but proud. His dad told me he did very well during bootcamp. In the Navy he received numerous awards and was very good at his job. He was constantly up for higher


Exhibit A

positions & more rewarding jobs.

Now as I sit here and write this letter, I am heartbroken. I understand my sons charge and that he has pled guilty. He had reached out to me shortly after his arrest. He was so ashamed of himself and what he had done. He continues to tell me how sorry he is. He knows he has hurt people and is very remorseful. He has told me several times this is not who he is and I believe that is true. My son is a good person who made mistakes. He wants to face responsibility and work to be a better person. My son was never in any legal trouble and never gave us a hard time growing up. We dealt with the usual teenage stuff but that was all. His family and I are all here to support him and see him through this. He is a loving son, a great friend & an amazing brother. We want to help him any way we can and remind him that he is loved very much.

Respectfully,

Tanya Arce

 **Outlook**

**Rumaldo Valdez III Character Reference letter**

| | |
|---|---|
| **From** | Rumaldo Valdez ███████@gmail.com> |
| **Date** | Fri 1/30/2026 4:53 PM |
| **To** | Craig Jerome <Craig_Jerome@fd.org> |

You don't often get email from rumaldo.valdez@gmail.com. Learn why this is important

> **EXTERNAL SENDER**

Rumaldo Valdez Jr.



13Nov2025

The Honorable Jill A. Otake
United States District Judge
District of Hawaiʻi
Prince Jonah Kūhiō Kalanianaʻole Federal Building and United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaiʻi 96850

Re: Character Reference for Rumaldo Valdez III

Dear Judge Otake,

I am writing this letter at the request of my son's attorney, Craig Jerome, for his review before it is submitted to the Court. My name is Rumaldo Valdez Jr., and I am the father of Rumaldo Valdez III.

I am aware that Rumaldo Valdez III has been charged with possession, and I understand that he has pleaded guilty and accepted responsibility for his actions.

Despite this serious mistake, Rumaldo is far more than the offense that brings him before you. He is a disciplined, reliable worker and a genuinely kind person who looks out for others.

Rumaldo served honorably in the United States Navy from 2021 to 2025 as an Information Systems Technician Seaman (ITSN). He graduated with honors from the Navy's systems-administration courses and was highly regarded by his chain of command for his technical skill, discipline, and willingness to mentor junior sailors. His service reflects the same strong work ethic and sense of duty he has shown throughout his life.

Rumaldo is surrounded by a strong, loving support network.

Your Honor, I respectfully ask that you see Rumaldo as the complete person he is—a loving son, friend, Navy veteran, and contributor to our community who stumbled badly but is surrounded by people ready to help

Case 1:25-cr-00112-JAO     Document 35-1     Filed 02/25/26     Page 5 of 5  PageID.429

him rebuild.

Thank you for considering my perspective.

Sincerely,

Rumaldo Valdez Jr.