# EXHIBIT B

To the Honorable Judge Jill A. Otake,

Thank you for your time and consideration as you read this

This whole experience has been so surreal to me. There was a time in my life when I was a lot less thoughtful about my actions. Due to immaturity and blindness it never occured to me what real damage I was causing to not only those surrounding me, but also to those I had never met.

While under investigation I had to tell my family and friends whom I could still contact what was happening. It took me about 2 months of being missing and silent to my family before I could tell them I could be losing years of my life because of the things I had done. That was easily the hardest thing I have done in my 22 years of life.

It was not until I recieved my PSR that I really understood what kind of damage I was causing to those I have never met. Without being able to take back my actions, I can only say I am sorry. Sorry to those my actions directly and indirectly affected. I do sincerely hope I can overpay my debt in the future.

I plan to make use of my incarceration by furthering my education (with support from my family), taking any classes available to me and reflecting on the harm I have caused.

Respectfully,
Rumaldo Valdez

Exhibit B