# EXHIBIT C


**PRESS RELEASE**

# Five Members of "Greggy's Cult" Charged with Sexually Exploiting Children on the Internet

Tuesday, December 2, 2025

**For Immediate Release**

U.S. Attorney's Office, Eastern District of New York

### The Defendants Allegedly Produced and Distributed Child Sex Abuse Materials and Extorted Minor and Adult Victims

BROOKLYN, NY – Earlier today, in federal court in Brooklyn, an indictment was unsealed charging Hector Bermudez, Zachary Dosch, Rumaldo Valdez, David Brilhante, and Camden Rodriguez for their participation in a child exploitation enterprise, conspiracy to produce child pornography, conspiracy to receive and distribute child pornography, and conspiracy to communicate interstate threats. The defendants led an online group called "Greggy's Cult," whose members carried out the alleged criminal conduct on a series of Discord servers (the Target Server).  Four defendants were arrested today throughout the United States. Valdez is currently incarcerated on another federal matter.  Bermudez will be arraigned in the Eastern District of New York this afternoon and the remaining defendants will be arraigned at a later date.

United States Attorney General Pamela Bondi; Joseph Nocella, Jr., United States Attorney for the Eastern District of New York; Matthew R. Galeotti, Acting Assistant Attorney General of

**Exhibit C**

the Justice Department's Criminal Division; Christopher G. Raia, Assistant Director in Charge, Federal Bureau of Investigation, New York Field Office (FBI); David Porter, Special Agent in Charge, FBI, Honolulu Field Office; and Jessica S. Tisch, Commissioner, New York City Police Department (NYPD), announced the arrests and indictment.

"No child should ever be terrorized or exploited online, and no online platform should give refuge to predators," stated Attorney General Bondi. "The Department of Justice will continue to protect children, support survivors, and hold accountable anyone who preys on the vulnerable – online or offline – with every tool we have."

"As alleged, the defendants leveraged a popular internet platform to coerce minors into creating grotesque child pornography of themselves, which the defendants distributed, and then tormented these victims with the images, not only encouraging self-harm, but also encouraging some minors to commit suicide," stated United States Attorney Nocella. "The defendants' conduct, as alleged, is monstrous and will be vigorously prosecuted. I strongly urge parents and caregivers to speak to their children about the dangers of communicating with strangers on social media and how to seek help from adults and law enforcement in these situations."

"These defendants are charged with the unspeakable act of coercing and blackmailing children and adults to engage in self-harm and other degrading acts," stated Acting Assistant Attorney General Galeotti. "As demonstrated by today's indictment, the Criminal Division will not stand for such heinous crimes, and we will work tirelessly to bring these offenders to justice."

"These five defendants allegedly coerced children to share videos subjecting themselves to brutal sexual abuse, while also encouraging self-harm and suicide," stated FBI New York Assistant Director in Charge Raia. "The defendants allegedly weaponized online gaming platforms to target unsuspecting minors and use them to satisfy the horrendous desires of a twisted group. The FBI will never cease its pursuit of those who prowl the web for innocent victims to torment and exploit in their sick games."

"The defendants allegedly coordinated efforts to exploit minors through the creation and distribution of sexually explicit material, coerced children to commit self-harm, and extorted their victims in a variety of ways," stated FBI Honolulu Special Agent in Charge Porter. "The FBI will stop at nothing in its pursuit of violent predators targeting the children in our communities and will work closely with our law enforcement partners to identify and dismantle the enterprise networks responsible for these heinous acts."

"The five individuals charged in this case allegedly used gaming and social-media platforms to target and coerce minors into sexually abusive acts, recorded that abuse, and distributed it across an online network," stated NYPD Commissioner Tisch. "This case underscores how

Case 1:25-cr-00112-JAO    Document 35-3    Filed 02/25/26    Page 4 of 5  PageID.435

easily predators can embed themselves in the digital platforms that minors use. The NYPD and our federal partners have been focused on uncovering and dismantling online groups that prey on children, and today's indictment reflects the progress of that work.  I want to thank the NYPD investigators, the FBI, and the U.S. Attorney's Office for their persistence and dedication to bringing these offenders to justice."

As alleged in the indictment, between January 2020 and January 2021, the defendants participated in the production and distribution of child sexual abuse material and engaged in other forms of exploitation and harassment of both minor and adult victims.  The defendants convened on the Target Server and directed minor victims, who had joined a video call on either Discord or another video conferencing platform, to engage in sexually explicit or other degrading conduct.  The defendants captured images and videos (i.e. "screenshots" or "screen recordings") of the sexually explicit conduct of their minor victims and shared it on the Target Server, to other Discord servers, and amongst themselves.  Greggy's Cult came into existence before another sadistic extortion network, 764, and prominent members of 764 and other similar networks that followed were also members of Greggy's Cult.  The defendants coerced, induced, and enticed their victims to degrade themselves by engaging in self-harm, including professing themselves as being "owned" by a member of "Greggy's Cult" to demonstrate loyalty and writing the names of "Greggy's Cult" members on their bodies or holding up signs their names, which is a practice referred to as "fansigning."

The group found victims in Discord servers or on gaming platforms such as Roblox and Counter-Strike: Global Offensive. Members of Greggy's Cult engaged in conduct such as encouraging victims to kill themselves or demanding that they insert household objects into their genitals or anus.  Greggy's Cult also engaged in coordinated extortions of adult and minor victims through various means, including by attempting to frame adult victims as pedophiles or by sending malware to minor victims' computers and refusing to return their access until victims complied with the group's demands.

The charges in the indictment are allegations and the defendants are presumed innocent unless and until proven guilty.

If you believe you have been victimized by or have information about the defendants, please contact the FBI tip line: 1-800-CALL-FBI (1-800-225-5324).

This case was brought as part of Project Safe Childhood, a nationwide initiative launched by the Department of Justice in May 2006 to combat the epidemic of child sexual exploitation and abuse.  Led by U.S. Attorneys' Offices and the Child Exploitation and Obscenity Section, Project Safe Childhood marshals federal, state and local resources to better locate, apprehend, and prosecute individuals who exploit children via the internet, as well as to identify and rescue victims.  For more information about Project Safe Childhood, please

visit www.justice.gov/psc

The government's case is being handled by the Office's Human Trafficking and Civil Rights Section.  Assistant United States Attorney Antoinette N. Rangel of the Eastern District of New York and Trial Attorney Gwendelynn Bills of the Department of Justice's Child Exploitation and Obscenity Section,are in charge of the prosecution.

**The Defendants:**

HECTOR BERMUDEZ
Age:  29
Queens, New York

ZACHARY DOSCH
Age:  26
Albuquerque, New Mexico

RUMALDO VALDEZ
Age:  22
Honolulu, Hawaii

DAVID BRILHANTE
Age:  28
San Diego, California

CAMDEN RODRIGUEZ
Age:  22
Longmont, Colorado

E.D.N.Y. Docket No. 25-CR-361 (PKC)

detention_memo_united_states_v._bermudez_et_al_25-cr-361.pdf

25-cr-361_indictment_redacted_v.1_redacted.pdf

**Contact**
John Marzulli
Denise Taylor
United States Attorney's Office
(718) 254-6323

*Updated December 2, 2025*